THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. 210 EAST SIXTY-EIGHTH STREET CORPORATION and CHARLES MAYER, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISIDORE SOKOLOW v. WESTERN UNION TELEGRAPH COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD C. WARREN v. THOMAS ROTA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SOLOMON ALBERT and Another v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin and Sherman, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. NINSON REALTY CORPORATION and Others, Impleaded with ALTA HOLDING CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of HANNAH M. LYDIG, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Estate of STEPHEN S. WALSH, Deceased. MARY V. LEDDY v. THOMAS G. WALSH, Executor, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BESSIE POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC. HENRY POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUISE SQUIRE v. F. W. WOOLWORTH COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., and Another v. D. B. & M. HOLDING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM J. DOYLE v. CITY OF ASTORIA, OREGON. (Action No. 1.)— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. DOYLE v. CITY OF ASTORIA, OREGON. (Action No. 2.)— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to the Elevated Railroad Structures, Tracks, Stations, Platforms, Stair-